Certificate Number: 03088-PAE-DE-032990490

Bankruptcy Case Number: 19-13354



03088-PAE-DE-032990490

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2019, at 6:55 o'clock AM CDT, Kia Vance Brown completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    June 19, 2019                          By:      /s/Doug Tonne

Name:  Doug Tonne

Title:    Counselor