IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Kia Vance-Brown | : | Chapter 13 |
| | : | |
| | : | Case No. 19-13354elf |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation at docket number 19.

Dated: September 19, 2019        /s/ Brad J. Sadek, Esquire
                                  Brad J. Sadek, Esquire
                                  Sadek and Cooper
                                  1315 Walnut Street, Suite 502
                                  Philadelphia, PA 19107
                                  215-545-0008