## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kia Vance-Brown | |
| Debtor(s) | CHAPTER 13 |
| | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 19-13354 ELF |
| Kia Vance-Brown | |
| Debtor(s) | |
| | |
| William C. Miller Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **August 22, 2019, docket number 16**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

September 25, 2019