UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: Kia Vance-Brown ) | Case No.: 19-13354-elf |
| ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | **REQUEST FOR NOTICE** |
| ) | |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**1**
REQUEST FOR NOTICE

1     **PHYSICAL ADDRESS:**     **EMAIL ADDRESS:**

2     SN Servicing Corporation     BKNotices@snsc.com
323 5th Street

3     Eureka, CA 95501

4

5

6     Dated:  January 15, 2020     By: /s/ Kathy Watson
          Kathy Watson

7           c/o SN Servicing Corporation
          Bankruptcy Asset Manager

8           323 5th Street
          Eureka, CA 95501

9           800-603-0836

10           BKNotices@snservicing.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

# CERTIFICATE OF SERVICE

On **January 15, 2020**, I served the foregoing documents described as **REQUEST FOR NOTICE** on the following individuals by electronic means thorough the Court's ECF program:

**COUNSEL FOR DEBTOR**
BRAD J. SADEK
brad@sadeklaw.com

**US TRUSTEE**
United States Trustee
USTPRegion14.PX.ECF@USDOJ.GOV

**CHAPTER 13 TRUSTEE**
WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Alarcon
Enrique Alarcon

On **January 15, 2020**, I served the foregoing documents described as **REQUEST FOR NOTICE** on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Kia Vance-Brown
7310 Boreal Place
Philadelphia, PA 19153

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Alarcon
Enrique Alarcon